UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 10-24155-CIV-MARTINEZ-BROWN**

JAMIE CASEY,
    Plaintiff,

vs.

THE CITY OF MIAMI BEACH, CARLOS
NORIEGA, and EDUARDO MACIAS,
    Defendants.
_____/

## ORDER STRIKING AMENDED COMPLAINT FOR DAMAGES

THIS CAUSE came before the Court upon *sua sponte* review of the record. Plaintiff has filed an Amended Complaint (D.E. No. 20). The time, however, for Plaintiff to file an amended complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1) has passed. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Amended Complaint (D.E. No. 20) is **STRICKEN**. At this time, Plaintiff may amend its pleading only with the opposing party's written consent or the court's leave. Fed. R. Civ. P. 15(a)(2).[1]

DONE AND ORDERED in Chambers at Miami, Florida, this 2st day of February, 2011.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

---

[1] Plaintiff has not indicated that Defendants have consented to this amended complaint. Plaintiff's representation that Defendants consent to her motion to drop a party is not sufficient.