UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  10-24155-CIV-MARTINEZ-BROWN**

JAMIE CASEY,

    Plaintiff,

vs.

THE CITY OF MIAMI BEACH, CARLOS NORIEGA, and EDUARDO MACIAS,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO DROP PARTY

THIS CAUSE came before the Court upon Plaintiff's Agreed Motion to Drop Party and to Direct Clerk to Amend Style of Case (D.E. No. 21).  After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

Plaintiff's Agreed Motion to Drop Party and to Direct Clerk to Amend Style of Case (D.E. No. 21) is **GRANTED**.  Defendant Carlos Noriega is **DISMISSED without prejudice**.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of February, 2011.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record