UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24155-CIV-MARTINEZ

JAMIE CASEY,

    Plaintiff,

vs.

THE CITY OF MIAMI BEACH
and EDUARDO MACIAS,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, City of Miami Beach ("the City") moved in two separate motions (D.E. 59 & D.E. 65) for an order imposing sanctions upon Plaintiff, Jamie Casey ("Casey" or "Plaintiff") and upon Plaintiff's counsel, Robert M. Miller and Roy D. Wasson (collectively "Plaintiff's counsel"). Specifically, the City requested that the Court dismiss the remaining allegations against the City in the Amended Complaint with prejudice and to assess attorneys' fees and other expenses incurred by the City against Plaintiff and Plaintiff's counsel.

The Plaintiff moved to voluntarily dismiss the remaining counts of her complaint against the City on August 19, 2011 (D.E. 62). The Court granted that motion on August 24, 2011 (D.E. 67), but retained jurisdiction to hear and adjudicate the attorneys' fees portion of the City's motions for sanctions.

The parties have reached an out-of-court settlement on the issue of the attorneys' fees requested in the motions for sanctions; so, in consideration of the monetary terms of that agreement and the Court's entry of the attached proposed Agreed Order, the City withdraws its

motions (D.E. 59 & D.E. 65). The terms of the agreement are delineated in the proposed Agreed Order that the parties ask the Court, if it approves, to sign. The execution of the Agreed Order will dispose of all outstanding motions in this litigation, except that the Court will retain jurisdiction to enforce the terms of the Agreed Order

        Respectfully submitted,

        JOSE SMITH, CITY ATTORNEY
        CITY OF MIAMI BEACH
        1700 CONVENTION CENTER DR., 4TH FL
        MIAMI BEACH, FLORIDA 33139
        TELEPHONE: (305) 673-7470
        FACSIMILE: (305) 673-7002

        /s/ Robert F. Rosenwald, Jr.
        _____
        ROBERT F. ROSENWALD, JR.
        SR. ASSISTANT CITY ATTORNEY
        Florida Bar No. 0190039

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 18th day of October, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert F. Rosenwald
_____
ROBERT F. ROSENWALD, JR.
SR. ASSISTANT CITY ATTORNEY

## SERVICE LIST

*Counsel for Plaintiff Jamie Casey*

Robert M. Miller, Esq.
Florida Bar No. 284793
millerlaw@aol.com
5915 Ponce de Leon Blvd., Suite 12
Coral Gables, Florida 33146
TEL: (305) 665-1993
FAX: (305) 662-9119

*VIA: CM/ECF*

Roy D. Wasson, Esq.
Florida Bar No. 332070
roy@wassonandassociates.com
Annabel C. Majewski, Esq.
Florida Bar No. 181684
annabel@ wassonandassociates.com
Wasson & Associates, Chartered
Courthouse Plaza—Suite 600
28 West Flagler Street
Miami, FL 33130
TEL:  (305) 372-5220
FAX:  (305) 372-8067

*VIA: CM/ECF*

Benedict P. Kuehne
Florida Bar No. 233293
ben.kuehne@kuehnelaw.com
Susan Dmitrovsky
Florida Bar No. 0073296
susand@kuehnelaw.com
Law Office of Benedict P. Kuehne, P.A.
100 S.E. 2nd St., Suite 3550
Miami, FL 33131-2154
Tel: (305) 789-5989
Fax: (305) 789-5987

*VIA: CM/ECF*

*<u>Counsel for Defendant City of Miami Beach</u>*

Robert F. Rosenwald, Jr., Esq.
Sr. Assistant City Attorney
Florida Bar No. 0190039
robertrosenwald@miamibeachfl.gov
City Attorney's Office,City of Miami Beach
1700 Convention Center Dr., 4th Floor
Miami, Florida 33139-2032
TEL: (305) 673-7470
FAX: (305) 673-7002