UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-24155-CIV-MARTINEZ-MCALILEY

JAMIE CASEY,

    Plaintiff,

vs.

THE CITY OF MIAMI BEACH,

    Defendant.

_____/

## AGREED ORDER

THIS CAUSE came before the Court upon the parties' Notice of Settlement (D.E. No. 78). In this Notice, Defendant states that the parties have settled the issues in Defendant's Motion for Sanctions (D.E. No. 59) and Defendant's Second Motion for Sanctions (D.E. No. 65). Defendant asks the Court to enter an agreed order. Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Pursuant to the parties' agreement, the law firm of Robert M. Miller, P.A. and Robert M. Miller individually and the law firm of Wasson & Associates, Chartered and Roy D. Wasson individually are jointly and severally ordered to pay to the Defendant City of Miami Beach the total amount of $12,500.00 according to the following schedule: November 1, 2011-$2500; February 1, 2012-$2000; May 1, 2012-$2,000; August 1, 2012-$2,000; November 1, 2012-$2,000; December 15, 2012-$2,000. In consideration for the agreement to make these payments, Defendant has withdrawn its motions for sanctions.

2. Defendant's Motion for Sanctions (D.E. No. 59) and Defendant's Second Motion for Sanctions (D.E. No. 65) are **DENIED** as **MOOT**.

3. The Court retains jurisdiction to enforce the terms of this agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of October, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record